# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JEAN TAYLOR-TODD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00139-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| GRADY L. INGLE, TRUSTEE, | ) | |
| ELIZABETH B. ELLS, TRUSTEE, | ) | |
| HSBC MORTGAGE SERVICES, | ) | |
| INC., SHAPIRO & INGLE, LLP, and | ) | |
| THE LOGS GROUP, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Trial/Hrg/Motion/etc and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2015 Order.

August 5, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court